# Third District Court of Appeal

## State of Florida

Opinion filed September 27, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0327
Lower Tribunal No. M16-30105

_____

**Ernesto Armando Perez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Betsy Alvarez-Zane, Judge.

Rasco Klock Perez & Nieto, and Joseph P. Klock, Jr. and Gabriel E. Nieto, for appellant.

Ashley Moody, Attorney General, and David Llanes, Assistant Attorney General, for appellee.

Before EMAS, FERNANDEZ, and BOKOR, JJ.

PER CURIAM.

Affirmed.